THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

In Re:  
Margaret Angella Williams,  
Debtor(s).  
_____/

Case No: 10-21981  
Chapter: 13

### ORDER ON VERIFIED MOTION TO VALUE AND CRAM DOWN MORTGAGE RE: CLAIM NO. 8 OF FANNIE MAE RE: 967 NW LEONARDO CIRCLE, PORT SAINT LUCIE, FL 34986

THIS CAUSE having come before the Court without a hearing upon the Debtor's Verified Motion to Value and Cram Down Mortgage Re: Claim No. 08 of Fannie Mae (Doc. No. 38) on real property located at 967 NW Leonardo Circle, Port Saint Lucie, Florida 34986. The Court, being fully informed in the premises, finds that the request has merit and should be granted. Accordingly, it is hereby:

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Debtor's Verified Motion to Value and Cram Down Mortgage Re: Claim No. 08 of Fannie Mae as related to the mortgage on the Debtor's real property located at 967 NW LEONARDO CIRCLE, PORT SAINT LUCIE, FL 34986 (Doc. No. 38) is GRANTED.

2. Creditor, Fannie Mae holds a lien on the following property of debtor located at 967 NW LEONARDO CIRCLE, PORT SAINT LUCIE, FL 34986, Described as VIZCAYA FALLS PLAT 1 (PB 46-32) BLK A LOT 38 (OR 2727-1089) of the public records of St. Lucie County, Florida.

3. Creditor, Fannie Mae shall have an allowed Secured Claim in said property as follows:

   a. Amount of twenty thousand ($20,000.00) payable at Eight (8%) per annum
   b. Payment to be paid through Debtor's Chapter 13 plan.

4. If the Debtor completes her plan and obtains a discharge, Fannie Mae's lien shall be vacated. However, should the Debtor convert her case or the case be dismissed, then Fannie Mae lien shall remain in full force and effect.

DONE and ORDERED in Orlando, Florida, this 24th day of May, 2011

_____  
Karen S. Jennemann  
United States Bankruptcy Judge

Copies furnished to:

**Chapter 13 Trustee, Laurie K Weatherford,** P.O. Box 3450, Winter Park, FL 32790
**Creditor, Fannie Mae,** c/o IBM Lender Business Process Services, Inc., Lenders Business Process Services, Inc., P.O. Box 4121, Beaverton OR 97076-4121; and
**Attorney for Creditor, Roy A. Diaz, Smith, Hiatt & Diaz, PA,** P.O. Box 11438, Fort Lauderdale, Florida 33339
**Debtor, Margaret Angella Williams**, 215 Driskell Street, NE, Palm Bay, FL 32907.