UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE:

MARGARET ANGELLA WILLIAMS                    CASE NO.: 6:10-bk-21981-KSJ

    Debtor(s)                                    CHAPTER 13

ADDRESS:   215 DRISKELL STREET, NE
                  PALM BAY, FL 32907

LAST 4 OF SSN:    xxx-xx-1046

_____/

**FANNIE MAE'S
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
*Subject Property:  967 NW LEONARDO CIRCLE, PORT SAINT LUCIE FL 34986*

FANNIE MAE, ("Creditor"), by and through its undersigned counsel, objects to confirmation of the Debtor(s) hereinafter referred to as jointly or individually as ("Debtor(s)") Chapter 13 Plan filed herein for the following reasons:

    1.    Creditor is a secured creditor of the Debtor, holding a security interest in the subject property.

    2.    Creditor filed a timely Proof of Claim on March 11, 2011 in the amount of $299,490.04.

        a.    The Creditor's claim would be impermissibly modified under Debtor's Plan because Debtor proposes that Creditor not be paid all unpaid arrearage, fees and costs to which it is entitled under its Mortgage.  Creditor has agreed to pay reasonable attorney fees for the bringing of the instant motion.

    3.    The Chapter 13 Plan proposed by the Debtor on December 28, 2010 [D.E. 13] includes payments toward the mortgage account with Creditor.  However, the figures used by the Debtor are inaccurate and do not conform to said Creditor's timely-filed Proof of Claim.  The regular monthly payment which is due on the subject mortgage should be $882.69 and $852.81 effective April 1, 2011, not $175.00 for months 11 through 59 and $15,296.48 as indicated in the Debtor's proposed Plan.

4. Per the Debtor's schedules and the Debtor's plan, the subject bankruptcy is not feasible and the plan was not proposed in good faith pursuant to 11 U.S.C. § 1325 (a)(3).

**PROPOSED CRAM DOWN**

5. Creditor objects to the value of $20,000.00 and objects to payments of $175.00 for 11 months to 59 with a lump sum payment of $15,296.48.

    a. The proposed payments do not adequately protect the creditor and would cause the Creditor irreparable harm.

6. Per the Debtor's Statement of Financial affairs, the Debtor occupied the subject property from 2006 to 2010.

7. The mortgage encumbering the subject property was executed on December 8, 2006. The subject property was the Debtor's homestead until 2010, the year that the Debtor filed the instant bankruptcy case.

8. Per Schedule A, the subject property is the only real estate property that the Debtor owns.

9. Per Schedule G, the Debtor does not provide for any executory contracts or leases such as the Debtor's current lease, or rental lease of the subject property.

10. Per Schedule I, the Debtor is not receiving any rental income from the subject property.

11. Per Schedule J, the Debtor is paying $500.00 for rent; however, the Debtor does not provide the court with a lease or rental agreement information.

12. Per the Debtor's plan or bankruptcy schedules, the debtor does not provide for payment of taxes and insurance. The added expense of real property taxes and insurance creates a complete lack of feasibility.

13. Per the Debtor's latest filed plan, the plan does not provide for payment to the unsecured creditors.

14. The subject property is not necessary for a successful reorganization.

**WHEREFORE**, FANNIE MAE, prays that confirmation of Debtor's Chapter 13 Plan is DENIED unless Debtor's Plan is amended to address the Creditor's objections.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, May 31, 2011, I served copy of the foregoing either electronically and/or via first class U.S. mail upon:

MARGARET ANGELLA WILLIAMS
215 DRISKELL STREET, NE
PALM BAY, FL 32907
*Debtor(s)*

CHRISTINE S HANSLEY
283 CRANES ROOST BOULEVARD SUITE 111
ALTAMONTE SPRINGS, FL 32701
*Attorney for Debtor(s)*

LAURIE K WEATHERFORD
P.O BOX 3450
WINTER PARK, FL 32790
*Trustee*

    SMITH, HIATT & DIAZ, P.A.
    Attorneys for Creditor
    PO BOX 11438
    Fort Lauderdale, FL  33339-1438
    Phone: (954) 564-0071
    Fax:  (954) 564-9252
    E-mail: rdiaz@smith-hiatt.com

    By: /s/Roy A. Diaz
       Roy A. Diaz
       Florida Bar No.767700

1441-101221