UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE:

MARGARET ANGELLA WILLIAMS                     CASE NO.:  6:10-bk-21981-KSJ

    Debtor(s)                                                                CHAPTER 13

ADDRESS:   215 DRISKELL STREET, NE
                     PALM BAY, FL 32907

LAST 4 OF SSN:    xxx-xx-1046

_____/

## FANNIE MAE'S MOTION TO RECONSIDER THE ORDER ON VERIFIED MOTION TO VALUE AND CRAMDOWN

**COMES NOW**, Smith, Hiatt & Diaz, P.A., FANNIE MAE ("Creditor"), by and through undersigned counsel and files this its Motion to Reconsider the Order Granting Motion to Value and Cramdown Mortgage [D.E. 51] and states as follows:

1. The Creditor timely filed a Proof of Claim on March 11, 2011 in the amount of $299,490.04, which is docketed as Claim Number 8 on the Claims Register.

2. Pursuant to the docket entry on the court's bankruptcy pacer, [D.E. 38], on April 25, 2011, the Debtor filed a Verified Motion to Value Claim Number 7.

3. Based on the docket entry on the bankruptcy court pacer and electronic mail, the Creditor was under the impression that the motion was relevant to Claim Number 7 as stated in the title of the docket entry and the Creditor did not object to the motion.

    a. Creditor did not receive a paper copy of the referenced motion [D.E. 38]. Per the verified motion, copies were ECF noticed.

4. On May 24, 2011, the court entered an Order Granting the Debtor's Verified Motion to Cram down Mortgage Regarding Claim Number 8 [D.E. 51].

5. The Creditor has ordered an appraisal of the subject property and is pending receipt of the appraisal.

6. The Credit objects to the proposed value of $20,000.00 and based on past property

valuations from 2010, believes that the property is worth more than $20,000.00. Per the Creditor's records, on September 10, 2010, the subject property was valued at $193,200.00.

7. Permitting the Creditor to reconsider the motion will not harm or damage the bankruptcy estate in any way. Currently, there are other issues that are pending resolution and therefore the bankruptcy case cannot be confirmed on June 1, 2011.

8. Denying the Creditor the opportunity to rehear the Motion to Value to permit the Creditor to present its own valuation will irreparably damage the Creditor.

**WHEREFORE,** FANNIE MAE, prays that this Honorable Court schedule the Motion to Reconsider the Order on the Verified Motion to Value and Cram-down for hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, May 31, 2011, I served a copy of the foregoing upon:

MARGARET ANGELLA WILLIAMS
215 DRISKELL STREET, NE
PALM BAY, FL 32907
*Debtor(s)*

CHRISTINE S HANSLEY
283 CRANES ROOST BOULEVARD SUITE 111
ALTAMONTE SPRINGS, FL 32701
*Attorney for Debtor(s)*

LAURIE K WEATHERFORD
P.O BOX 3450
WINTER PARK, FL 32790
*Trustee*

> SMITH, HIATT & DIAZ, P.A.
> Attorneys for Creditor
> PO BOX 11438
> Fort Lauderdale, FL 33339-1438
> Phone: (954) 564-0071
> Fax: (954) 564-9252
> E-mail: rdiaz@smith-hiatt.com
>
> By: /s/Roy A. Diaz
> Roy A. Diaz
> Florida Bar No.767700

1441-101221