THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

In Re:                                                               Case No: 10-21981
Margaret Angella Williams,                         Chapter: 13
Debtor(s).
_____/

**ORDER ON VERIFIED MOTION TO VALUE AND CRAM DOWN
MORTGAGE RE: CLAIM NO. 8 OF FANNIE MAE
RE: 967 NW LEONARDO CIRCLE, PORT SAINT LUCIE, FL 34986**

THIS case came on for hearing on November 1, 2011, upon the Debtor's Verified Motion to Value and Cram Down Mortgage Re: Claim No. 08 of Fannie Mae (Doc. No. 38) on real property located at 967 NW Leonardo Circle, Port Saint Lucie, Florida 34986. The Court, being fully informed in the premises, finds that the request has merit and should be granted. Accordingly, it is hereby:

ORDERED:

1. The Debtor's Verified Motion to Value and Cram Down Mortgage Re: Claim No. 08 of Fannie Mae as related to the mortgage on the Debtor's real property located at 967 NW LEONARDO CIRCLE, PORT SAINT LUCIE, FL 34986 (Doc. No. 38) is GRANTED.

2. Creditor, Fannie Mae holds a lien on the following property of debtor located at 967 NW LEONARDO CIRCLE, PORT SAINT LUCIE, FL 34986, Described as VIZCAYA FALLS PLAT 1 (PB 46-32) BLK A LOT 38 (OR 2727-1089) of the public records of St. Lucie County, Florida.

3. Creditor, Fannie Mae shall have an allowed Secured Claim in said property as follows:

   a. Amount of twenty thousand dollars ($20,000.00) payable at Eight (8%) per annum.

   b. Prepetition escrow advances/deficiencies two thousand one hundred thirty nine dollars and sixty nine cents ($2,139.69)

   c. Post-petition escrow advances/deficiencies is one thousand seven hundred eighty three dollars and ten cents ($1,783.10)

   d. Payments to be paid through Debtor's Chapter 13 plan.

4.     If the Debtor completes her plan and obtains a discharge, Fannie Mae's lien shall be vacated. However, should the Debtor convert her case or the case be dismissed, then Fannie Mae lien shall remain in full force and effect.

DONE AND ORDERED on November 7, 2011.

Chief Judge Karen S. Jennemann
United States Bankruptcy Judge


Copies furnished to:

**Chapter 13 Trustee, Laurie K Weatherford,** P.O. Box 3450, Winter Park, FL 32790
**Creditor, Fannie Mae,** c/o IBM Lender Business Process Services, Inc., Lenders Business Process Services, Inc., P.O. Box 4121, Beaverton OR 97076-4121; and
**Attorney for Creditor, Roy A. Diaz, Esq. Smith, Hiatt & Diaz, PA,** P.O. Box 11438, Fort Lauderdale, Florida 33339
**Debtor, Margaret Angella Williams**, P.O. Box 12491, Fort Pierce, FL 34989
**Attorney for Debtor, Christine Hansley, Esq,** CS Hansley Law Firm LLC, Esq., 283 Cranes Roost Boulevard, Suite 111, Altamonte Springs, Florida 32701.