THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

In Re:                                                                                           Case No: 10-21981
Margaret Angella Williams,                                                           Chapter: 13
Debtor(s).
_____/

**JOINT STIPULATION FOR AGREED ORDER GRANTING DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF ORDER OF DISCHARGE (DOC 100)**

The parties file this Joint Stipulation and state the following:

1. On March 6, 2017 Debtor Margaret Angella Williams filed her Motion for Sanctions for Violation of Order of Discharge against Creditor Federal National Mortgage Association. (Doc. 100)

2. On March 20, 2017 Creditor filed its Response to Debtor's Motion for Sanctions (Doc. 104)

3. Trial has been scheduled for this matter on November 9, 2017. (Doc. 123)

4. Debtor, Margaret Angella Williams and Creditor, Federal National Mortgage Association hereby stipulate and agree, that in lieu of proceeding to final hearing on November 9, 2017, Creditor agrees to settle this matter for the sum of $10,000.00 in full settlement of any and all pending and existing claims, known and unknown, between the parties regarding this matter.

5. The settlement payment shall be made in one lump sum, to Attorney for Debtor, CS Hansley Law Firm, LLC at the 3585 Murrell Road, Suite B, Rockledge, Florida 32955 within 30 days.

_____                          _____
Christine S. Hansley, Esq.                                  Joshua Kligler, Esq.
C S Hansley Law Firm LLC                                SHD Legal Group, PA
Attorney for Debtor                                             Attorney for Creditor Federal National Mortgage
283 Cranes Roost Boulevard                             Association
Suite 111                                                               P.O. Box 19519
Altamonte Springs, FL 32701                           Fort Lauderdale, FL 33318

-1-