THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

In Re:  
Margaret Angella Williams,  
Debtor(s).  
_____/

Case No: 10-21981  
Chapter: 13

## AMENDED JOINT STIPULATION FOR AGREED ORDER GRANTING DEBTOR'S MOTIONS FOR SANCTIONS FOR VIOLATION OF ORDER OF DISCHARGE (DOC 100) AND AMENDED DEBTOR'S MOTIONS FOR SANCTIONS FOR VIOLATION OF ORDER OF DISCHARGE (DOC 126)

The parties file this Joint Stipulation and state the following:

1. On March 6, 2017 Debtor Margaret Angella Williams filed her Motion for Sanctions for Violation of Order of Discharge against Creditor Federal National Mortgage Association. (Doc. 100)

2. On March 20, 2017 Creditor filed its Response to Debtor's Motion for Sanctions (Doc. 104)

3. Trial has been scheduled for this matter on November 9, 2017. (Doc. 123)

4. Debtor, Margaret Angella Williams and Creditor, Federal National Mortgage Association hereby stipulate and agree, that in lieu of proceeding to final hearing on November 9, 2017, Creditor agrees to settle this matter for $10,000.00.

5. On March 6, 2017 Debtor Margaret Angella Williams filed her Amended Motion for Sanctions for Violation of Order of Discharge against Creditor Federal National Mortgage Association. (Doc. 126)

6. The settlement payment shall be made in one lump sum, to Attorney for Debtor, CS Hansley Law Firm, LLC at the 3585 Murrell Road, Suite B, Rockledge, Florida 32955 within 30 days.

_____  
Christine S. Hansley, Esq.  
C S Hansley Law Firm LLC  
Attorney for Debtor  
283 Cranes Roost Boulevard  
Suite 111  
Altamonte Springs, FL 32701

_____  
Joshua Kligler, Esq.  
SHD Legal Group, PA  
Attorney for Creditor Federal National Mortgage Association  
P.O. Box 19519  
Fort Lauderdale, FL 33318